JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM GATTO,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY; and, ROCHESTER GENERAL HEALTH SYSTEM PLAN,<br><br>    Defendants. | Case No: CV12-06617 RGK(AGRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE